UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILCOX, | CASE NO. C18-1756-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAMILTON MANUFACTURING, INC. *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion to continue trial and pre-trial deadlines (Dkt. No. 27). Having considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The jury trial is continued to September 14, 2020, at 9:30 a.m.;
2. Pre-trial orders must be filed by September 4, 2020;
3. The 39.1 mediation must be completed by July 17, 2020;
4. Trial briefs must be submitted by September 10, 2020;
5. Proposed voir dire/jury instructions must be submitted by September 10, 2020;
6. Discovery must be completed by May 17, 2020; and
7. Dispositive motions must be filed by June 16, 2020.

1      DATED this 8th day of October 2019.

2                                           William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1756-JCC
PAGE - 2